**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02499-REB-MJW

JOHN WOLFORD,

    Applicant,

v.

AL ESTEP, Warden of (L.C.F.), and
JOHN W. SUTHER, Colorado Attorney General,

    Respondents.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the **Recommendation on Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** [#18], filed May 2, 2008. No objections having been filed to the recommendation, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] I have considered carefully the recommendation and the applicable case law. The recommendation is detailed and well-reasoned. Finding no error, much less plain error, in the magistrate judge's reasoning and recommended disposition, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

---

[1] This standard pertains even though plaintiffs are proceeding *pro se*. **Morales-Fernandez**, 418 F.3d at 1122.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation on Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** [#18], filed May 2, 2008, is **APPROVED AND ADOPTED** as an order of this court;

2. That the **Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** [#4], filed January 1, 2006, is **DENIED**; and

3. That this case is **DISMISSED AS MOOT**.[2]

Dated May 30, 2008, at Denver, Colorado.

                        **BY THE COURT:**

                        s/ Robert E. Blackburn
                        Robert E. Blackburn
                        United States District Judge

---

[2] *See Spencer v. Kamna*, 523 U.S. 1, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998).